UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| ROBERT H. JOHNSON, *et al.* | ) | |
| | ) | |
| v. | ) | NO. 2:12-CV-231 |
| | ) | *Greer/Inman* |
| MIKE REECE, SHAWN BROWN, BILLY | ) | |
| JOE WOODARD, CHRIS DUNN, MINDY | ) | |
| FORRESTER, ALL JOHNSON COUNTY | ) | |
| SHERIFF'S DEP'T, and JOHNSON | ) | |
| COUNTY JAIL | ) | |

## MEMORANDUM and ORDER

On June 7, 2012, the Court entered an order, notifying *pro se* prisoner Robert H. Johnson of certain deficiencies in his civil rights lawsuit under 42 U.S.C. § 1983, [Doc. 3]. Plaintiff was forewarned that, unless he corrected the cited deficiencies within thirty (30) days, the Court would assume that he is not a pauper, assess the entire filing fee, and dismiss his case. More than thirty days have passed since the Court issued the order, and plaintiff has failed to respond to or comply with the order.

Accordingly, plaintiff is **ASSESSED** the civil filing fee of three-hundred and fifty dollars ($350.00), and, by separate order, this action will be **DISMISSED WITH PREJUDICE** for want of prosecution.

**ENTER:**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE